United States District Court
Central District of California
Eastern Division

| | |
|---|---|
| Paul Reif,<br><br>                              Plaintiff,<br><br>           v.<br><br>Shamrock Foods Company, Inc. et al.,<br><br>                              Defendants. | EDCV 15-636-VAP (SPx)<br><br>**Order to Show Cause RE:<br>Failure to File Mediation Report** |

   On June 1, 2015, the Court issued its Scheduling Order.  Pursuant to that Order, the final day to conduct a settlement conference was September 30, 2015, and the parties were required to file a joint report no later than ten days after the conference.  As the Court received no joint mediation report, the Court ORDERS the parties to show cause, no later than February 16, 2016, why sanctions should not be imposed for failure to file a joint mediation report timely.

**IT IS SO ORDERED.**

Dated:    2/5/16

                                                                Virginia A. Phillips
                                                           United States District Judge

1