UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION                    JS-6

| | |
|---|---|
| Paul Reif,<br><br>                    Plaintiff,<br><br>          v.<br><br>Shamrock Foods Company, Inc., et al.<br><br>                    Defendants. | CV 15-00636-VAP-SP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order Granting Summary Judgment, filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   3/25/16

_____
Virginia A. Phillips
United States District Judge